# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**IBAN SINISTERRA MOSQUERA,**

**Petitioner,**

**v.**                                   **Case No. 26-CV-745**

**E EMMERICH, et al.,**

**Respondents.**

## ORDER

The petitioner, who is incarcerated at the Oxford Federal Correctional Institution in Oxford, Wisconsin, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

A district court may grant a habeas petition only within its "respective jurisdiction[]." 28 U.S.C. § 2241(a). Thus, "the proper venue for filing a § 2241 petition is the district in which the prisoner is confined." *Wyatt v. United States*, 574 F.3d 455, 460 (7th Cir. 2009); *see also Kholyavskiy v. Achim*, 443 F.3d 946, 951 (7th Cir. 2006).

The Oxford Federal Correctional Institution is in the Western District of Wisconsin. *See* https://www.bop.gov/locations/institutions/oxf/. Accordingly, pursuant to 28 U.S.C. § 1631, this Court DIRECTS the Clerk of Court to TRANSFER this

habeas action to the United States District Court for the Western District of Wisconsin, the proper venue for this habeas matter.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 5th day of June, 2026.

_s/ Byron B. Conway_
BYRON B. CONWAY
U.S. District Judge