IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IBAN SINISTERRA MOSQUERA,

      Petitioner,

v.

WARDEN E. EMMERICH and
IMMIGRATION and CUSTOMS
ENFORCEMENT,

      Respondents.

ORDER

Case No.  26-cv-528-jdp

---

Petitioner Iban Sinisterra Mosquera seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner requests leave to proceed without prepayment of the filing fee.  Petitioner has supported this request with an affidavit of indigency and a six-month trust account statement from the institution.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1).  Using information for the relevant time period from petitioner's trust fund account statement, I find that petitioner is able to pay the filing fee.  Accordingly, I will deny petitioner's application for leave to proceed without prepayment of the filing fee.  To proceed further on this habeas petition, petitioner must pay the $5 filing fee.  If petitioner fails to pay the fee by July 1, 2026, the petition, I will assume that petition wishes to withdraw this petition.

ORDER

IT IS ORDERED that:

1.     Petitioner Iban Sinisterra Mosquera's motion for leave to proceed without prepayment of the filing fee is DENIED.  Petitioner has until July 1, 2026 in which to pay the $5 filing fee.

2.     If by July 1, 2026 petitioner fails to submit the $5 filing fee, I will assume that petitioner wishes to withdraw this petition.

Entered this 8th day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge